# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MYRON ELLSWORTH,<br><br>    Defendant. | No. 2:16-CR-0083-WFN-1<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

On the recommendation of United States Probation Officer Eric Carlson, and with the agreement of Defendant and his counsel, the Court **ORDERS** that Defendant's pretrial release be subject to the following additional condition:

**(31)** Defendant shall undergo an evaluation by a qualified mental health professional, and participate in any recommended treatment or medication. Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and conduct. It shall be the responsibility of defense counsel to provide such waivers.

All other terms and conditions of pretrial release not inconsistent herewith to remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 1, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING CONDITIONS OF RELEASE - 1