8
(3/15)

Case 2:16-cr-00083-WFN   Document 47   Filed 11/17/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | Lindberg, Myron Ellsworth | Docket No. | 2:16CR00083-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Myron Ellsworth Lindberg, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 24th day of May 2016, under the following conditions:

**Special Condition #28:** Home Detention: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant left his residence 1 hour prior to his approved schedule.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   November 16, 2016

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 17, 2016

Date