PROB 12C
(6/16)

Report Date: June 30, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2020

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Myron Ellsworth Lindberg          Case Number: 0980 2:16CR00083-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 12, 2017

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 240 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | October 22, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 21, 2038 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.<br><br>**Supporting Evidence**: On June 9, 2020, Myron Lindberg admitted to having unauthorized contact with a minor on June 7, 2020. He reported having unauthorized contact with that same minor again on June 9, 2020.<br><br>On October 23, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Lindberg as outlined in the judgment and sentence. He signed the judgement acknowledging the requirements.<br><br>On June 9, 2020, Mr. Lindberg sent this officer an email stating he had been introduced to a minor child in the common area of his apartment building. The offender estimated the young boy to be 8 years old and claimed he assumed the child's aunt was simply teaching him to be polite.<br><br>Mr. Lindberg further advised, on the morning of June 9, 2020, the child approached him while he was once again in the common area, and that on this occasion the child was alone. |

Prob12C
**Re: Lindberg, Myron Ellsworth**
**June 30, 2020**
**Page 2**

According to the email, the child asked the offender to "escort him downstairs to the parking lot so he could play." Although the offender insisted the interaction was "completely innocent and the socially appropriate thing to do," the undersigned officer would suggest otherwise. Mr. Lindberg failed to immediately report his interaction with the child on June 7, 2020, then figured it was "socially appropriate" for him to be alone with that child just days later despite not having requested or been granted authorization to do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/30/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/1/2020
Date